UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave [...] by Local Rules 83.12 through 83.14.

07CV6598
JUDGE LEFKOW
MAG. JUDGE MASON

In the Matter of

Yury Selyutin

v.

The Jewish Federation of Chicago

JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Yury Selyutin

| SIGNATURE Stuart B. Jones | FILED Nov. 21, 2007 NOV 2 1 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|
| FIRM | |
| STREET ADDRESS 150 N. Michigan Ave., Ste. 2600 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183985 | TELEPHONE NUMBER (312) 602-2424 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐