UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Yury Selyutin
                    Plaintiff,
v.                                              Case No.: 1:07−cv−06598
                                                Honorable Joan H. Lefkow
Jewish Federation
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Status hearing reset to 2/14/2008 at 09:30 AM. No one appeared in court on 2/7/2008 at the previously set status hearing. Failure to appear on 2/14/2008 may result in dismissal for want of prosecution.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.