Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6598 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Selyutin vs. Jewish Federation | | |

**DOCKET ENTRY TEXT**

Enter Order of Dismissal. Case dismissed with prejudice, without leave to reinstate, and with each party to bear its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|