IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YURY SELYUTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6598 |
| ) | Judge Joan Humphrey Lefkow |
| JEWISH FEDERATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

This matter has come before the Court on Plaintiff's Motion for Voluntary Dismissal of the Complaint with Prejudice, Without Leave to Reinstate and With Each of the Parties to Bear its Own Costs and Attorneys' Fees. The Complaint has not been served on the Defendant, and the Court has been advised that the parties have settled this matter, each Party having been represented by legal counsel.

Therefore, it is hereby ordered that the Plaintiff's motion is granted, and the Complaint is hereby dismissed with prejudice, without leave to reinstate, and with each party to bear its own costs and attorneys' fees.

Entered: MAR 28 2008

Joan Humphrey Lefkow
Judge

DM2\1411263.1